**Electronically Filed
Intermediate Court of Appeals
29851
15-MAR-2013
11:34 AM**

NO. 29851

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FRANCISCO ABADILLA, JR., Plaintiff-Appellant
v.
SANFORD IWATA; JOHN DOES 1-10; JANE DOES 1-10;
DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10;
DOE ASSOCIATIONS 1-10; DOE JOINT VENTURERS 1-10;
DOE TRUSTS 1-10 and DOE GOVERNMENTAL ENTITIES 1-10,
INCLUSIVE, Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 07-1-36)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge for the court[1])

The Memorandum Opinion, filed on January 31, 2013, is hereby corrected as follows:

1. On page 3, in the third line, "SCC" should be replaced with "SSC".

2. On page 4, in the third line, "SCC" should be replaced with "SSC".

3. On page 5, in the second to the last line of the page, "Abidilla" should be replaced with "Abadilla".

4. On page 11, in the fifth line, the "or" between the words "were" and "broken" should be deleted so that as corrected, the text reads: "the locks that were broken or missing, . . . ."

---

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.

5.    On page 12, in the fifth line of Section IV., the citation to "919 F.2d" should be corrected to read "919 P.2d".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, March 15, 2013.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge